# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **DEFAULT JUDGMENT IN A CIVIL CASE**

**JOHN FUOCO**
       Plaintiff

  vs.            CASE NUMBER: 6:12-CV-498 (NAM/DEP)

**KEITH GUNTER**
       Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for default judgment is granted against defendant Keith Gunter in the sum of $125,500.00 in compensatory damages plus pre-judgment interest at the rate of 9% from January 1, 2008 to the date of the Memorandum-Decision & Order. Further post-judgment interest will accrue at the rate provided in 28 USC § 1961.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 16th day of October, 2012.

DATED: October 17, 2012

                                      Clerk of Court

                                      s/

                                      Joanne Bleskoski
                                      Deputy Clerk